

Office of the Clerk
United States Bankruptcy Court, Northern District of California

Edward J. Emmons, Clerk of Court
450 Golden Gate Avenue
Mail Box 36099
San Francisco, CA 94102 Phone:
(415) 268-2300

**April 28, 2025**

Mark B. Busby, Clerk of Court United
States District Court
Phillip Burton Federal Building & United States Courthouse 450
Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

**Re:**                    **Transmittal of Notice of Appeal to District Court:**

**24-50897 Tony Huang, Judge M. Elaine Hammond**

Dear Clerk:

The following documents are electronically transmitted to your court for the above referenced matter:

 -Docket Report

 -Notice of Appeal and Statement of Election

 -Order Denying Motion to Dismiss For Exceeding Section 109(e) Debt Limit

**Appeal Filing Fee**:    ☒ Paid $298.00    ☐ Not Paid    ☐ Fee Waived

☐ Motion to Waive Appeal Filing Fee Pending with    ☐ District Court    ☐ Bankruptcy Court

If you have any questions, please contact me at **888-821-7606**          .

Edward Emmons, Clerk
United States Bankruptcy Court

By: /s/Amelia Parsons

Amelia Parsons, Deputy Clerk