**TPL, DebtEd, NSP, APPEAL**

# U.S. Bankruptcy Court
## California Northern Bankruptcy Court (San Jose)
## Bankruptcy Petition #: 24−50897

*Assigned to:* Judge M. Elaine Hammond
Chapter 13
Voluntary
Asset

*Date filed:* 06/14/2024
*341 meeting:* 07/29/2024
*Deadline for filing claims:* 08/23/2024

*Debtor*
**Tony Huang**
485 Boynton Avenue, Unit 7
San Jose, CA 95117
SANTA CLARA−CA
SSN / ITIN: xxx−xx−8272

represented by **Brent D. Meyer**
Meyer Law Group, LLP
268 Bush St. #3639
San Francisco, CA 94104
(415) 765−1588
Fax : (415) 762−5277
Email: brent@meyerllp.com

*Trustee*
**Devin Derham−Burk**
P.O. Box 50013
San Jose, CA 95150−0013
(408) 354−4413

*U.S. Trustee*
**Office of the U.S. Trustee / SJ**
U.S. Federal Bldg.
280 S 1st St. #268
San Jose, CA 95113−3004
( )

| Filing Date | # | | Docket Text |
|---|---|---|---|
| 04/01/2025 | | 95 | Order Denying Motion to Dismiss For Exceeding Section 109(e) Debt Limit (Related Doc # 78) (acr) (Entered: 04/01/2025) |